IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN WION, AS ADMINISTRATRIX OF THE ESTATE OF NOAH SAMUEL WION <br><br> Plaintiff <br><br> v. <br><br> HUNTER K. ROLAND, AARON SANDEN, WATTSBURG AREA SCHOOL DISTRICT, DURHAM SCHOOL SERVICES, LP, KENNETH A. BERLIN, ERIC DUDA, WILLIAM HALLOCK, NANCY MCNALLY, JOSHUA PARIS, MARTIN PUSHCHAK, BRENDA SANDBERG, AARON SNIPPERT, AMANDA THAYER-ZACKS, AND ANTHONY PUSHCHAK <br><br> Defendants | Docket No.   1:17-cv-135 <br><br> ELECTRONICALLY FILED PLEADING <br><br> **NOTICE OF REMOVAL** <br><br> Filed on behalf of Defendants Wattsburg Area School District, Kenneth A. Berlin, Eric Duda, William Hallock, Nancy McNally, Joshua Paris, Martin Pushchak, Brenda Sandberg, Aaron Snippert, Amanda Thayer-Zacks, and Anthony Pushchak <br><br> Counsel of record for this party: <br><br> Richard A. Lanzillo, Esq. (53811) <br> rlanzill@kmgslaw.com <br> Knox McLaughlin Gornall & Sennett, P.C. <br> 120 West 10th Street <br> Erie, PA 16501-1461 <br> Phone:  (814) 459-2800 <br> Fax:  (814) 453-4530 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN WION, AS ADMINISTRATRIX OF THE ESTATE OF NOAH SAMUEL WION ) ) ) ) | Docket No.  1:17-cv-135 |
| Plaintiff ) ) | ELECTRONICALLY FILED PLEADING |
| v. ) ) | **NOTICE OF REMOVAL** |
| HUNTER K. ROLAND, AARON SANDEN, WATTSBURG AREA SCHOOL DISTRICT, DURHAM SCHOOL SERVICES, LP, KENNETH A. BERLIN, ERIC DUDA, WILLIAM HALLOCK, NANCY MCNALLY, JOSHUA PARIS, MARTIN PUSHCHAK, BRENDA SANDBERG, AARON SNIPPERT, AMANDA THAYER-ZACKS, AND ANTHONY PUSHCHAK )0 ) | |
| Defendants ) | |

**NOTICE OF REMOVAL**

Please take notice that, pursuant to 28 U.S.C. §§1441 and 1446, Defendants Wattsburg Area School District, Kenneth A. Berlin, Eric Duda, William Hallock, Nancy McNally, Joshua Paris, Martin Pushchak, Brenda Sandberg, Aaron Snippert, Amanda Thayer-Zacks, and Anthony Pushchak (collectively, the "School District Defendants") hereby give notice of removal of this action from the Court of Common Pleas of Erie County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania. In support of this Notice of Removal, the School District Defendants state the following:

1. Plaintiff, Kathleen Wion, as Administratrix of the Estate of Noah Samuel Wion, commenced this action in the Court of Common Pleas of Erie County at docket no. 11362-17 (the "State Court Action") on May 12, 2017.

2. In addition to the School District Defendants, Plaintiff's Complaint named Hunter K. Roland, Aaron Sanden and Durham School Services, LP as defendants in the State Court Action.

3. Counts VIII and IX of Plaintiff's Complaint assert claims against the School District Defendants for alleged violations of substantive due process rights guaranteed under the Fourteenth Amendment to the United States Constitution and actionable under 42 U.S.C. §1983 (the "§1983 claims").

4. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5. The district courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. §1331.

6. Cases in which the federal district courts have original jurisdiction based on a federal question are removable without regard to the citizenship or residence of the parties.

7. Pursuant to 28 U.S.C. §1446(a), "[a] defendant or defendants desiring to remove any civil action or criminal prosecution from a state court shall file in the District Court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action."

Case 1:17-cv-00135-SPB   Document 1   Filed 05/24/17   Page 4 of 5

8.   This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1331 based on the federal question presented by Plaintiff's §1983 claims.

9.   The School District Defendants are entitled to remove this action pursuant to 28 U.S.C. §1441 based on this Court's original jurisdiction under 28 U.S.C. §1331.

10.   In accordance with 28 U.S.C. §1446(a), The School District Defendants have attached all pleadings and orders with which they have been served in this action, as well as a copy of the docket sheet from and all pleadings that have been filed in the State Court Action.

11.   The School District Defendants are filing this Notice of Removal within thirty (30) days after the receipt by the School District Defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

WHEREFORE, for the foregoing reasons, it is respectfully requested that Plaintiff's Civil Action Complaint be removed to this Court for adjudication on the merits.

> Respectfully submitted,
>
> KNOX McLAUGHLIN GORNALL
> & SENNETT, P.C.
>
> By: *Richard A. Lanzillo*
> Richard A. Lanzillo, Esq. (53811)
> rlanzill@kmgslaw.com
> 120 West 10th Street
> Erie, PA  16501-1461
> Tel:  (814) 459-2800
> Fax:  (814) 453-4530
>
> Attorneys for Defendants Wattsburg Area School District, Kenneth A. Berlin, Eric Duda, William Hallock, Nancy McNally, Joshua Paris, Martin Pushchak, Brenda Sandberg, Aaron Snippert, Amanda Thayer-Zacks, and Anthony Pushchak

# 1810673.v1

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN WION, AS ADMINISTRATRIX OF THE ESTATE OF NOAH SAMUEL WION )<br><br>Plaintiff<br><br>v.<br><br>HUNTER K. ROLAND, AARON SANDEN, WATTSBURG AREA SCHOOL DISTRICT, DURHAM SCHOOL SERVICES, LP, KENNETH A. BERLIN, ERIC DUDA, WILLIAM HALLOCK, NANCY MCNALLY, JOSHUA PARIS, MARTIN PUSHCHAK, BRENDA SANDBERG, AARON SNIPPERT, AMANDA THAYER-ZACKS, AND ANTHONY PUSHCHAK<br><br>Defendants | Docket No.   1:17-cv-135<br><br>ELECTRONICALLY FILED PLEADING |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ____ day of May, 2017, a copy of the within document was served on all counsel of record and unrepresented parties, as follows, in accordance with the applicable rules of court.

William Kelly, Jr., Esq.
Kelly Law Firm
230 West 6th Street, Suite 201
Erie, PA 16507

Jessica Sloan, Esq.
Roetzel and Andress
222 South Main Street
Akron, OH 44308

                                                                    /s/Richard A. Lanzillo_____
                                                                    Richard A. Lanzillo