IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN WION, AS ADMINISTRATRIX OF THE ESTATE OF NOAH SAMUEL WION,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER K. RODLAND, AARON SANDEN, WATTSBURG AREA SCHOOL DISTRICT AND DURHAM SCHOOL SERVICES, LP<br><br>Defendants | Docket No. 1: 17-cv-0135 |

## STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(II)

AND NOW, comes the Plaintiff, Kathleen Wion, as Administratrix of the Estate of Noah Samuel Wion and the Defendants, Hunter K. Rodland, Aaron Sanden, Wattsburg Area School District and Durham School Services, LP, by and through their respective undersigned attorneys, and hereby jointly stipulate and agree to the dismissal of all claims in the Amended Complaint and all counterclaims, crossclaims and any other claims asserted, or which could have been asserted, which are currently pending in the above-captioned action, with prejudice, without costs, and all rights of appeal waived.  No further action for the same cause is required.  No award of costs, fees, interest, or attorneys' fees are claimed and/or warranted.

Respectfully submitted,

By:_____
William J. Kelly, Jr., Esquire
Attorney for Plaintiff
230 West 6th Street, Ste. 201
Erie, Pennsylvania 16507
(814) 456-1919

Dated: 11/29/18

Dated: 11/29/18

/s/ Neal Devlin
Neal Devlin, Esquire
Attorney for Wattsburg Area School District
Knox Law Firm
120 West 10th Street
Erie, PA 16501

Dated: 11/29/18

/s/ Christopher J. Sinnott
Christopher J. Sinnott, Esquire
Attorney for Hunter Rodland
516 West 10th Street
Erie, PA 16502

Dated: 11/29/18

/s/James Girman
James Girman, Esquire
Attorney for Durham School Services, LP
and Aaron Sanden
Pion, Nerone, Girman, Winslow & Smith
1500 One Gateway Center
420 Ft. Duquesne Blvd.
Pittsburgh, PA 15222

It is so order. The Clerk shall mark this case closed.

*Susan Paradise Baxter*
United States District Judge